# AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 21-CV-02567-RMR-KLM

Plaintiff:
**MARA NICHOLE KINOFF**

vs.

Defendant:
**COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, IN ITS OFFICIAL CAPACITY, KARIN RANTA-CURRAN, IN HER INDIVIDUAL CAPACITY, AND DOES 1-10M WHOSE TRUSE NAMES ARE UNKNOWN**

For:
PVT CLIENT

Received by ABEYTA STREET ACCURATE PROCESS SERVICES, INC. to be served on **KARIN RATA-CURRAN, C/O SISU INVESTIGATIONS, 9162 MARTIN LUTHER KING BOULEVARD, DENVER, CO 80238**.

I, DAMON MENDOZA, being duly sworn, depose and say that on the **15th day of December, 2021** at **6:13 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF TITLE IX OF THE EDUCATION ACT AMENDMENTS OF 1972 AND NEGLIGENCE** with the date and hour of service endorsed thereon by me, to: **KARIN RATA-CURRAN** at the home address of: **C/O SISU INVESTIGATIONS, 9162 MARTIN LUTHER KING BOULEVARD, DENVER, CO 80238**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 145, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me in the County of Denver, State of Colorado on the 16th day of December, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 10/29/24

**DAMON MENDOZA**
Process Server

**ABEYTA STREET ACCURATE PROCESS SERVICES, INC.**
5303 E EVANS AVE
SUITE 302
DENVER, CO 80222
(303) 719-2727

Our Job Serial Number: ABE-2021025670
Ref: KINOFF V COLORADO SCHOOL OF MINES
Service Fee: $85.00

JASMIN N. BANKS BABB
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044009644
MY COMMISSION EXPIRES   OCTOBER 29, 2024

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d

