# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, et al.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Skippere Spear, Senior Assistant Attorney General, hereby enters his appearance on behalf of Defendants, the Colorado School of Mines Board of Trustees and Karin Ranta-Curran.

All parties shall send a copy of all pleadings, motions, and briefs filed with the Court to the undersigned Senior Assistant Attorney General.

DATED this 28th day of December, 2021.

> PHILIP J. WEISER
> Attorney General
>
> */s/ Skip Spear*
> SKIPPERE SPEAR, No. 32601*
> Senior Assistant Attorney General
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, CO 80203
> (720) 508-6140
> skip.spear@coag.gov
>
> ATTORNEY FOR DEFENDANTS
> *counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **NOTICE OF ENTRY OF APPEARANCE** upon all parties herein by filing copies of same using the ECF System, this 28th day of December, 2021 addressed as follows:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

                                                  */s/ Carmen Van Pelt*