IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, et al.,

Defendants.

## D.C.COLO.LCivR 6.1(a) STIPULATION TO EXTENSION OF TIME

Pursuant to D.C.COLO.LCivR 6.1(a) the Board of Trustees of the Colorado School of Mines and Karin Ranta-Curran, by and through the Colorado Attorney General, submit this stipulation to an extension of time for Defendant Ranta-Curran to submit a response to Plaintiff's Complaint, Doc. No. 1, to and including January 26, 2022. Pursuant to agreement of the parties, Defendant Board of Trustees will also respond to Plaintiff's Complaint on or before January 26, 2022.

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned has conferred with counsel for Plaintiff, who has stipulated to this extension and authorized undersigned to file same.

The stipulated extension of time is required because undersigned was first able to confer with Defendant Ranta-Curran on December 23, 2021, and the School of Mines is closed until January 5, 2022, due to the intervening

holidays. The length of the stipulated extension is 21 days pursuant to D.C.COLO.LCivR 6.1(a) and Defendant Ranta-Curran has not previously requested an extension.

Pursuant to D.C.COLO.LCivR 6.1(c) undersigned is contemporaneously serving Defendant Ranta-Curran with this Stipulation, as identified in the certificate of service hereto pursuant to Judge Rodriguez's Civil Action Practice Standard II.E.3.

DATED this 28th day of December, 2021.

> PHILIP J. WEISER
> Attorney General
>
> */s/ Skip Spear*
> SKIPPERE SPEAR, No. 32601\*
> Senior Assistant Attorney General
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, CO 80203
> (720) 508-6140
> skip.spear@coag.gov
>
> ATTORNEY FOR DEFENDANTS
> \*counsel of record

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing **D.C.COLO.LCivR 6.1(a) STIPULATION TO EXTENSION OF TIME** upon all parties herein by filing copies of same using the ECF System, this 28th day of December, 2021 addressed as follows:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

Karin Ranta-Curran
krcinco@gmail.com

*/s/ Carmen Van Pelt*