# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| MARA NICHOLE KINOFF, | Case No. 1:21-cv-02657-RMR |
| Plaintiff, | |
| v. | |
| COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in its official capacity, KARIN RANTA-CURRAN, in her individual capacity, and DOES 1 – 10, whose true names are unknown, | |
| Defendants. | |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AN AMENDED COMPLAINT

**NOW COMES** Plaintiff MARA NICHOLE KINOFF and Defendants COLORADO SCHOOL OF MINES BOARD OF TRUSTEES and KARIN RANTA-CURRAN, by and through their attorneys, with this

Joint Stipulation and [Proposed] Order Regarding Amended Complaint and hereby state the following:

1. Plaintiff filed her Complaint in this case on September 30, 2021.

2. Defendants have not yet answered the Complaint pending the outcome of this filing.

3. Since filing this Complaint, counsel for all parties has met and conferred regarding certain aspects of the Complaint, including the causes of action.

4. As a result, the parties have stipulated to the following terms:

   a) Plaintiff will have leave to file an Amended Complaint, which will be due within thirty (30) days of the date when this Stipulation and Order are approved by this Court.

   b) Plaintiff retains Amended Complaint allowance pursuant Federal Rules of Civil Procedure Rule 15.

   c) Defendants will have fourteen (14) days after service, to respond to the Amended Complaint filed pursuant to this Order.

5. Pursuant to D.C.COLO.LCivR 6.1(c) undersigned counsel certify that they are contemporaneously serving a copy of this stipulation on their respective clients.

**WHEREFORE** the Parties request that the Court approve the foregoing stipulation.

Date: January 25, 2022

Respectfully Submitted,

*[signature]*

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

Date: January 25, 2022

Respectfully Submitted,

/s/Skip Spear (with his approval)
Skippere "Skip" Spear, Esq.
Sr. Assistant Attorney General
Colorado Department of Law
State Services Section,
Higher Education Unit
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6140
Skip.Spear@coag.gov
*Attorneys for Defendants*

---

**IT IS SO ORDERED.**

Date: January \_\_\_, 2021

_____
United States District Judge