# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in its official capacity, KARIN RANTA-CURRAN, in her individual capacity, and DOES 1 – 10, whose true names are unknown,

Defendants.

Case No. 1:21-cv-02657-RMR

## JOINT STIPULATION AND [PROPOSED] ORDER FOR POSTPONEMENT OF THE MARCH 3, 2022, SCHEDULING CONFERENCE

**NOW COMES** Plaintiff MARA NICHOLE KINOFF and Defendants COLORADO SCHOOL OF MINES BOARD OF TRUSTEES and KARIN RANTA-CURRAN, by and through their attorneys, with this

Joint Stipulation and [Proposed] Order regarding the Postponement of the March 3, 2022, Scheduling Conference (ECF 8) and:

1. Plaintiff filed her Complaint in this case on September 30, 2021.

2. Defendants have not yet answered since they are awaiting Plaintiff's Amended Complaint.

3. On December 16, 2021, this Court ordered that the scheduling conference in this call be held on March 3, 2022, at 9:30 am (ECF 8).

4. Since filing this Complaint, counsel for the Parties has met and conferred regarding certain aspects of the Complaint, including the causes of action.

5. On January 26, 2022, this Court granted the parties' Joint Stipulation and [Proposed] Order for Leave to File an Amended Complaint (ECF 13).

6. The Amended Complaint is now due on February 25, 2022.

7. Defendants' Answer is due March 11, 2022.

8. As a result of this new timeline, the Parties agreed to ask this Court to move the scheduling conference currently set for on March 3, 2022,

at 9:30 am (ECF 8) to a date suiting the Court and after March 11, 2022.

9. The Parties feel that the scheduling conference will be more effective after the parties have completed the initial filing phase of this case.

**WHEREFORE** the Parties request that the Court approve the foregoing stipulation and set a new date for the Scheduling Conference.

Date: February 11, 2022

Date: February 11, 2022

Respectfully Submitted,

Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

/s/ Skippere Spear (with his permission)
Skippere "Skip" Spear, Esq.
Sr Assistant Attorney General
Colorado Department of Law
State Services Section,
Higher Education Unit
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6140
Skip.Spear@coag.gov
*Attorneys for Defendants*

_____

**IT IS SO ORDERED.**

Date: February ___, 2021

_____
United States District Judge