IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

    Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in it official capacity,
KARIN RANTA-CURRAN, in her individual capacity, and
DOES 1-10, whose true names are unknown,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulation and [Proposed] Order for Postponement of the March 3, 2022 Scheduling Conference** [#14] ("Stipulation").  The parties are advised that a "stipulation" is not a motion; it is simply a record of the parties' agreement.  In the future the parties are advised to file a motion if they request relief from the Court, including entry of an order.  However, in this one instance the Court will treat the Stipulation [#14] as a motion.

    IT IS HEREBY **ORDERED** that the Stipulation [#14], which is treated as Motion, is **GRANTED**.  The Scheduling Conference set for March 3, 2022 at 9:30 a.m. is **VACATED** and **RESET** to **March 16, 2022**, at **9:30 a.m.**

    IT IS FURTHER **ORDERED** that **no later than March 9, 2022**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    IT IS FURTHER **ORDERED** that the parties shall comply with the requirements of D.C.COLO.LCivR 10.1 in all future filings.

    Dated:  February 15, 2022