# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| MARA NICHOLE KINOFF, | Case No. 1:21-cv-02657-RMR |
| Plaintiff, | |
| v. | |
| COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in its official capacity, KARIN RANTA-CURRAN, in her individual capacity, and DOES 1 – 10, whose true names are unknown, | |
| Defendants. | |

## MOTION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY

**NOW COMES** Plaintiff MARA NICHOLE KINOFF, by and through her attorney, with this Motion to Appear Telephonically at the Scheduling Conference scheduled for March 3, 2022, at 9:30 a.m. and hereby state the following:

1. Plaintiff's attorney is currently scheduled to appear at another Scheduling Conference in United State District Court Eastern District of Michigan on March 3, 2022, at 2:30 p.m.

2. Plaintiff's attorney resides and has his principal place of business in Michigan.

3. Plaintiff's attorney has recently become legally blind and traveling requires a great deal of accommodations to be put in place.

4. Due to the nature of the scheduled hearing, Plaintiff's attorney believes that an appearance by telephone would be appropriate.

**WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Date: February 24, 2022     Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*A*ttorneys *for Plaintiff*

_____

**IT IS SO ORDERED.**

Date: February \_\_\_, 2022

_____
United States District Judge