# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

MARA NICHOLE KINOFF,                    Case No. 1:21-cv-02657-RMR

        Plaintiff,

v.

COLORADO SCHOOL OF MINES
BOARD OF TRUSTEES, in its
official capacity, KARIN RANTA-
CURRAN, in her individual
capacity, and DOES 1 – 10, whose
true names are unknown,

        Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

---

**NOW COMES** Plaintiff MARA NICHOLE KINOFF, by and

through her attorney, with this Unopposed Motion for Extension of

Time to Respond to Defendant's Motion to Dismiss and hereby state the following:

1.      Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 11, 2022 (ECF 23).

2.      Plaintiff's Response to Defendant's Motion to Dismiss is due on April 1, 2022.

3.      Plaintiff's attorney has recently become legally blind. While accommodations are being put into place, it takes Mr. Altman considerably longer to read, write and prepare documents.

4.      Plaintiff respectfully requests a 28-day extension of time to file their Response to Defendants Motion to Dismiss, making the Response due on or before April 29, 2022.

5.      Plaintiff has conferred with the Defendants on the present Motion. Defendants have advised that they will not oppose the Motion.

6.      This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

**WHEREFORE** the Plaintiff requests that the Court approve the

foregoing Motion.

Date: March 15, 2022                    Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

MARA NICHOLE KINOFF,                    Case No. 1:21-cv-02657-RMR

       Plaintiff,

v.

COLORADO SCHOOL OF MINES
BOARD OF TRUSTEES, in its
official capacity, KARIN RANTA-
CURRAN, in her individual
capacity, and DOES 1 – 10, whose
true names are unknown,

       Defendants.

---

## ORDER

---

This Matter, having come before the Court on Plaintiff's

Unopposed Motion for Extension of Time to Respond to Defendants

Motion to Dismiss, and that the Motion is unopposed and in good cause,

it is hereby

ORDERED that Plaintiff's Motion for Extension of Time to Respond to Defendants Motion to Dismiss is granted and the Plaintiff shall have until April 29, 2022 to file their Response.

March ___, 2022.

                                    BY THE COURT

                                    _____

                                    United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that on March 15, 2022, I served the foregoing Unopposed Motion for Extension of Time to Respond to Defendants Motion to Dismiss upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*