IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: March 16, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-02657-RMR-KLM

| *Parties*: | *Counsel*: |
|---|---|
| MARA NICHOLE KINOFF, | Keith Altman (by telephone) |
| Plaintiff, | |
| v. | |
| COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, ET AL., | Skippere Spear |
| Defendants. | |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:31 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   Plaintiff to file a supplement to Section 5 of the Scheduling Order identifying each category of economic losses sought and explaining the amount of damages currently sought in each category **no later than March 31, 2022.**

**ORDERED:**   Plaintiff shall make initial disclosures **by March 25, 2022.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **March 15, 2022.**

Discovery Cut-off: **June 13, 2022.**

Dispositive Motions Deadline: **July 13, 2022.**

Parties shall designate affirmative experts **on or before May 13, 2022.**

Parties shall designate rebuttal experts **on or before June 13, 2022.**

Each side shall be limited to **two (2)** expert witnesses, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION AND TRIAL** will be set before the Honorable Regina M. Rodriguez at a future date.

- Scheduling Order is signed and entered with interlineations on March 16, 2022.

HEARING CONCLUDED.
**Court in recess:     9:42 a.m.**
Total Time:    00:11

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.