IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

　　　Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in it official capacity,
KARIN RANTA-CURRAN, in her individual capacity, and
DOES 1-10, whose true names are unknown,

　　　Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　This matter is before the Court on **Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss** [#24] (the "Motion").

　　　IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.  Plaintiff has up to and including **April 29, 2022**, to respond to Defendants' Motion to Dismiss.

　　　Dated:  March 17, 2022