## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, et al.,

Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants, the Board of Trustees of the Colorado School of Mines and Karin Ranta-Curran (collectively, "CSM"), submit the following Unopposed Motion for Extension of Time to Reply in Support of their Motion to Dismiss. As grounds therefore, Defendants state as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1, counsel for the parties conferred regarding the relief requested herein. Plaintiff does not oppose the requested relief.

2.      On March 14, 2022, the Defendants filed their Motion to Dismiss Ms. Kinoff's First Amended Complaint.

3.      On April 28, 2022, Ms. Kinoff, responded in opposition to the Defendants' motion, with leave of the Court.

4.      Defendants' reply in support of their motion to dismiss is currently due today, May 12, 2022.

5.      Counsel for Defendants has been in a *Trinity* hearing in Denver District Court, case number 19CV031328, iscene, LLC v. Board of Trustees for the Metropolitan State University of Denver that concluded on March 11, 2022. Accordingly, Defendants respectfully request an additional two-weeks to reply in support of their Motion to Dismiss—until May 26, 2022.

6.      Undersigned counsel certify that a copy of this motion is being served on their respective clients contemporaneously with its filing.

WHEREFORE, Defendants respectfully request the Court enter an order extending Defendants' deadline to reply in support of their Motion to Dismiss to May 26, 2022.

Respectfully submitted this 12th day of May, 2022.


PHILIP J. WEISER
Attorney General

*/s/ Skip Spear*
SKIPPERE SPEAR, No. 32601*
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6140
skip.spear@coag.gov

ATTORNEY FOR DEFENDANTS
*counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Motion for Extension of Time upon all parties herein by filing copies of same using the ECF System, this 12th day of May, 2022 addressed as follows:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

/s/ Carmen Van Pelt