IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

    Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, in it official capacity,
KARIN RANTA-CURRAN, in her individual capacity, and
DOES 1-10, whose true names are unknown,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Extension of Time to Reply in Support of Their Motion to Dismiss** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.  Defendants are granted up to and including **May 26, 2022**, to file their Reply.

    Dated:  May 16, 2022