IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, et al.,

Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

To the clerk of the court and all parties of record:

I, R. Warren Beck, Assistant Attorney General, hereby enter my appearance on behalf of Defendants, the Colorado School of Mines Board of Trustees and Karin Ranta-Curran. I further certify that I am a member in good standing with the bar of the court.

All parties shall send a copy of all pleadings, motions, and briefs filed with the Court to the undersigned Assistant Attorney General.

DATED this 2nd day of November, 2022.

PHILIP J. WEISER
Attorney General

*/s/ R. Warren Beck*
R. Warren Beck, No. 56004*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6143
warren.beck@coag.gov

ATTORNEY FOR DEFENDANTS
*counsel of record

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **NOTICE OF ENTRY OF APPEARANCE** upon all parties herein by filing copies of same using the ECF System, this 2nd day of November, 2022 addressed as follows:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

*/s/ Jen Davis-Weiser*