IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR

MARA NICHOLE KINOFF,

Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, et al.,

Defendants.

## MOTION FOR WITHDRAWAL OF COUNSEL

Skippere S. Spear, the undersigned Senior Assistant Attorney General who is co-counsel of record for Defendants, the Colorado School of Mines Board of Trustees and Karin Ranta-Curran hereby moves for an order allowing him to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR. 5 and states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4), the undersigned conferred with counsel for the Plaintiff. Plaintiff does not object to this Motion.

2. September 23, 2022 was unsigned counsel's last day of employment with the Colorado Department of Law.

3. Assistant Attorney General, R. Warren Beck will remain as counsel for Defendants.

4. No party will be prejudiced by the granting of this motion.

5. Notice of this motion has been provided to the Defendants, the Colorado School of Mines Board of Trustees and Karin Ranta-Curran.

WHEREFORE, the undersigned respectfully requests the Court to enter an Order allowing him to withdraw as counsel for the Defendants, the Colorado School of Mines Board of Trustees and Karin Ranta-Curran

DATED this 2nd day of November, 2022.

                        PHILIP J. WEISER
                        Attorney General

                        */s/ Skip Spear*
                        SKIPPERE SPEAR, No. 32601*
                        Senior Assistant Attorney General
                        ATTORNEY FOR DEFENDANTS
                        Ralph L. Carr Colorado Judicial Center
                        1300 Broadway, 6th Floor
                        Denver, CO 80203
                        (720) 508-6140
                        skip.spear@coag.gov

                        *Counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** upon all parties herein by filing copies of same using the ECF System, this 2nd day of November, 2022 addressed as follows:

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

*/s/ Jen Davis-Weiser*