IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02657-RMR-KLM

MARA NICHOLE KINOFF,

 Plaintiff,

v.

COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, In its Official Capacity,
KARIN RANTA-CURRAN, In her Individual Capacity, and
DOES 1-10, whose True Names are Unknown.

 Defendants.

---

## FINAL JUDGMENT

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order entered by Judge Regina M. Rodriguez on March 16, 2023 (ECF No. 43), it is

 ORDERED that the Motion to Dismiss First Amended Complaint, ECF No. 23, is GRANTED, and Plaintiff's First Amended Complaint for Violations of Title IX of the Education Act Amendments of 1972 and 42 U.S.C. § 1983, ECF No. 21, is DISMISSED WITH PREJUDICE because the claimed are time-barred and amendment would be futile. It is

 FURTHER ORDERED that judgment is entered in favor of the Defendants and against the Plaintiff.

Dated at Denver, Colorado this 16th day of March, 2023.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

            By:   s/K. Myhaver
                  K. Myhaver
                  Deputy Clerk